**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

October 31, 2007

**RECEIVED**
NOV 0 5 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Clerks Office
United States District Court
Eastern District of California
4-200 United States Courthouse
Sacramento, CA 95814-2322

1: 07 CV 0 1 6 0 1  OWW DAD PC

RE: CV 07-05385 MMC  BILLY WAYNE BLAIR-v-CALIFORNIA DEPARTMENT OF CORRECTIONS

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒ Certified copy of docket entries.

☒ Certified copy of Transferral Order.

☒ Original case file documents.

☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Alfred Amistoso
Case Systems Administrator

Enclosures

Copies to counsel of record

Case 3:07-cv-05385-MMC    Document 6    Filed 11/08/2007    Page 4 of 4

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

RECEIVED
NOV -8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

07 NOV -8 PH 1:41
FILED